# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145876

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                            SC: 145876
                                                             COA: 308909
                                                             Oakland CC:  2010-233876-FH
AARON RUSSELL HINZMAN,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the July 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013 _____          _____

s0325                                                        Clerk